**[J-42-2021]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IN RE : NOMINATION PETITION OF CAROLINE TURNER AS DEMOCRATIC CANDIDATE FOR COMMON PLEAS COURT JUDGE IN THE FIRST JUDICIAL DISTRICT (PHILADELPHIA)  OBJECTION OF: JOHN BRADY AND GIANNI HILL | : No. 14 EAP 2021<br>:<br>: Appeal from the order of the<br>: Commonwealth Court dated March<br>: 22, 2021 at No. 57 MD 2021.<br>:<br>:<br>: |
| APPEAL OF: JOHN BRADY AND GIANNI HILL | :<br>: |

## ORDER

**PER CURIAM**

    **AND NOW,** this 6th day of April, 2021, the order of the Commonwealth Court is **AFFIRMED**, and the Non-Party Philadelphia County Board of Elections's Application to Expedite Consideration of Petition is **DENIED** as moot.